1170

No. 99–7465. MITCHELL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–7466. JOHNSON v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 99–7468. TOWNSEND v. POPPER ET AL. Sup. Ct. Fla. Certiorari denied.

No. 99–7469. TOWNSEND v. CHAPIN ET AL. Sup. Ct. Fla. Certiorari denied.

No. 99–7470. LOFTON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–7473. MALAVE v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 99–7474. MILLIGAN v. KITZHABER, GOVERNOR OF OREGON, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–7477. SMART-DAVIS v. JOHNS HOPKINS UNIVERSITY. C. A. 4th Cir. Certiorari denied.

No. 99–7478. ROBINSON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–7479. ROBERSON v. SHRAEL ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–7481. WILLIAMS v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 99–7485. MADDEN v. MADDEN. Ct. App. Ky. Certiorari denied.

No. 99–7486. CROSS v. MICHIGAN. Cir. Ct. Muskegon County, Mich. Certiorari denied.

No. 99–7488. QUARTARARO v. HANSLMAIER, SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.